UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14068-CR-GRAHAM

18 U.S.C. 2422(b)

MAGISTRATE JUDGE
LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSEPH POIGNANT,

    Defendant.
_____/



## INDICTMENT

The Grand Jury charges that:

On or about October 22, 2003, in St. Lucie County and elsewhere in the Southern District of Florida, the defendant,

**JOSEPH POIGNANT,**

using a facility, a computer, and means of interstate commerce, that is, America OnLine, an internet service provider, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal

offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

*(signature)*
FOREPERSON

*fo/ (signature)*
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

*(signature)*
DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOSEPH POIGNANT

    Defendant.
_____/

CASE NO. _____

CERTIFICATE OF TRIAL ATTORNEY*

**03-14068**
**CR-GRAHAM**

Superseding Case Information:

New Defendant(s)  Yes ____  No ____
Number of New Defendants  ____
Total number of counts  ____

**MAGISTRATE JUDGE LYNCH**

**Court Division:** (Select One)

____ Miami    ____ Key West
____ FTL    ____ WPB  **X** FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _____
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | **X** | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | **X** |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes **X** No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes **X** No
   If yes, was it pending in the Central Region? ___ Yes **X** No

9. Did this case originate in the Narcotics Section, Miami? ___ Yes **X** No

          _____
          Debra J. Stuart
          ASSISTANT UNITED STATES ATTORNEY
          Florida Bar No. A5500061

*Penalty Sheet(s) attached                    REV.7/11/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

No. **03-14068**
**CR-GRAHAM**

Defendant's Name: JOSEPH POIGNANT

MAGISTRATE JUDGE
LYNCH

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY* |
|---|---|---|---|
| 1 | Attempted coercion of a minor to perform sexual activity. | 18:2422(b) | 15 years. $250,000.00 fine. 3 years supervised release. |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.