UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14068-CR-GRAHAM
Magistrate Judge Lynch

UNITED STATES OF AMERICA,
          Plaintiff,

v.

JOSEPH POIGNANT,
          Defendant.
_____/

## GOVERNMENT'S MOTION FOR UPWARD DEPARTURE AS TO TERM OF SUPERVISED RELEASE

The United States files this motion for upward departure as to the term of supervised release which will be part of the sentence imposed upon the defendant. Based upon the information which was provided to the undersigned Assistant United States Attorney and filed under seal with the Court yesterday, as well as the pattern of similar conduct further documented by the Delray Beach police (see ¶ 50 of the Presentence Investigation Report), the government believes that an extensive period of supervised release is required to ensure the safety of the public and of the defendant's minor children.

NOW, THEREFORE, the United States respectfully requests by this motion that the Court

depart upward pursuant to §§5K2.0(a)(1)(B) (Policy Statement under the guidelines) and 5D1.2(c) of the U.S. Sentencing Guidelines and impose a period of supervised release of at least twenty years.

> Respectfully submitted,
>
> MARCOS DANIEL JIMENEZ
> UNITED STATES ATTORNEY
>
> *(signature)*
>
> Debra J. Stuart
> Assistant United States Attorney
> Court No. A5500061
> 505 South Second Street, Suite 200
> Ft. Pierce, Florida 34950
> Tel. No. (772) 466-0899
> Fax No. (772) 466-1020

## CERTIFICATE OF SERVICE

The foregoing notice was sent by facsimile transmission to Dave Lee Brannon, Esquire, counsel for the defendant, at telephone number (561) 833-0368, the 7th day of April, 2004, and was mailed to counsel at 400 Australian Avenue, Suite 300, West Palm Beach, Florida 33401.

> *(signature)*
>
> Debra J. Stuart
> Assistant United States Attorney