UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 05-14026-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**TONY JAY SANDERS**,

    Defendant.
_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

**PURSUANT** to 28 U.S.C. Section 636 and the Magistrate Rules for the Southern District of Florida, the above captioned cause is hereby referred to United States Magistrate Judge **Frank J. Lynch** to take all necessary and proper action as required by law with respect to a Evidentiary Hearing on the Violation Petition.

**DONE AND ORDERED** in Chambers, at Miami Florida this 23RD of December, 2015.

                                        */s/ Donald L. Graham*
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

Copied: U.S. Magistrate Judge Lynch
       Counsel of Record
       U.S. Probation